JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO JIJON, | Case No. CV 20-2404-JAK (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: July 21, 2020

JOHN A. KRONSTADT
United States District Judge